# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRETT ALLEN PATTERSON,** | ) |
| **Petitioner,** | ) |
| v. | ) No. 3:07-0029 |
| | ) Judge Echols |
| **WAYNE BRANDON, WARDEN,** | ) |
| **Respondent.** | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court enters the following rulings:

(1) The Report and Recommendation of the Magistrate Judge (Docket Entry No. 41) is hereby ACCEPTED and APPROVED;

(2) Petitioner's Objections to the Report and Recommendation (Docket Entry No. 47) are hereby OVERRULED;

(3) Petitioner's "Renewed Motion for Appointment of Counsel" (Docket Entry No. 48) is hereby denied;

(4) This case is hereby DISMISSED WITH PREJUDICE; and

(5) A Certificate of Appealability will not issue because Petitioner cannot demonstrate that reasonable jurists would find debatable or wrong (1) this Court's conclusion that Petitioner has procedurally defaulted on Grounds 2, 3, 13, 14, 15, 16, and 19; or (2) this Court's conclusion that Petitioner is entitled to no relief on Grounds 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, and 18 of his habeas petition. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

Entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE